UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| BOIVAE FLEMING, | Case No. 2:19-cv-01234-GMN-BNW |
|---|---|
| Plaintiff | ORDER |
| v. | |
| JAMES DZURENDA, et al., | |
| Defendants | |

**I.  DISCUSSION**

On June 30, 2020, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A. (ECF No. 3.) The Court dismissed Plaintiff's complaint in its entirety and gave Plaintiff leave to file an amended complaint within 30 days. (*Id.* at 7.) Plaintiff seeks an extension of 30 days to file his first amended complaint. (ECF No. 5 at 1.) The Court grants the motion for an extension of time. Plaintiff shall file his first amended complaint on or before September 1, 2020. If Plaintiff fails to file a timely first amended complaint, this action will be dismissed with prejudice for failure to state a claim. (*See* ECF No. 3 at 7.)

**II.  CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 5) is granted.

It is further ordered that Plaintiff shall file his first amended complaint on or before September 1, 2020.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action will be dismissed with prejudice for failure to state a claim.

DATED THIS 30th day of July 2020.

_____
UNITED STATES MAGISTRATE JUDGE